# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HARLAN ISKE, | Case No. 2:24-cv-01587-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| STATE OF NEVADA, | |
| Defendant(s). | |

United States District Judge Jennifer A. Dorsey adopted the undersigned's recommendation that Plaintiff be required to pay the full filing fee of $405. Docket No. 10. Plaintiff is hereby **ORDERED** to pay the full filing fee of $405 by April 11, 2025. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THE CASE.**

IT IS SO ORDERED.

Dated: March 13, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1